Case 4:25-cr-00474   Document 1   Filed on 09/10/25 in TXSD   Page 1 of 9

United States Courts
Southern District of Texas
FILED
*September 10, 2025*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **4:25-cr-474** |
| VS. | § § § | CRIMINAL NO. H-25- |
| BENJAMIN THOMAS<br>ROBERT JOHN ROBBINS<br>SAVANNAH MARIE SHULTS | § § § § | |

## INDICTMENT

The United States Grand Jury charges:

At all times material herein:

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $100,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. The National Credit Union Share Insurance Fund (NCUSIF) was created by Congress in 1970 to insure members deposits in federally insured credit unions. Administered by the National Credit Union Administration, the Share Insurance Fund insures individual accounts up to $250,000.

3. Wells Fargo Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

4. Bank of America, including its branches, was a financial institution the deposits of which were insured by the FDIC.

5. Woodforest Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

6. First Community Credit Union, including its branches, was a financial institution the deposits of which were insured by the National Credit Union Share Insurance Fund.

7. MidFirst Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

8. Vantage West Credit Union, including its, branches, was a financial institution the deposits of which were insured by the National Credit Union Share Insurance Fund.

<strong><u>COUNT 1</u></strong><br>(Conspiracy to Commit Bank Fraud - 18 U.S.C. § 1349)

**A.    INTRODUCTION**

1. The Grand Jury adopts, realleges, and incorporates herein the allegations in paragraphs 1-8 of the Introduction of this Indictment as if set out fully herein.

**B.    THE CONSPIRACY AND ITS OBJECTS**

2. From on or about March 27, 2024, and continuing until on or about April 22, 2025, in the Houston Division of the Southern District of Texas and elsewhere,

<strong>BENJAMIN THOMAS,<br>ROBERT JOHN ROBBINS, and<br>SAVANNAH MARIE SHULTS,</strong>

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud Wells Fargo Bank, Bank of America, Woodforest Bank, First Community Credit Union, MidFirst Bank and Vantage West Credit Union, financial institutions the accounts of which were insured by the FDIC and the NCUSIF, and to obtain money, funds, and property under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344 (Bank Fraud).

C. **THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

3. The conspirators unlawfully acquired financial instruments. These included cashier's checks, personal checks, insurance checks, United States Treasury checks and other negotiable instruments.

4. The conspirators unlawfully acquired the personal identifying information (PII) of others including their names, dates of birth, bank account numbers and PINs to access the accounts.

5. The conspirators used the unlawfully acquired PII to produce counterfeit identification documents such as state driver's licenses and ID cards. The identification documents contained the authentic PII of victims but used the photograph of a co-conspirator.

6. The conspirators used the counterfeit identification documents to impersonate the victims and fraudulently open bank accounts. They also used the unlawfully acquired PII to impersonate the victim account holders and withdraw funds from the victims' accounts by counter withdrawal, purchasing cashier's checks and other unlawful methods.

7. The conspirators used the counterfeit identification documents to present the stolen financial instruments for deposit into accounts controlled by the conspirators. The conspirators were based in the Houston, Texas area and would combine and meet in the Southern District of Texas and travel to banks in the Southern District of Texas and elsewhere to negotiate the stolen instruments.

8. The conspirators withdrew the proceeds of the unlawfully acquired financial instruments at ATMs, through counter withdrawals and by writing checks from the accounts.

D. **OVERT ACTS**

9. In furtherance of the conspiracy, and to affect the objects thereof, the defendants performed and caused to be performed, among others, the acts set forth in Counts Two through

Four of this indictment, hereby re-alleged and incorporated as if fully set forth in this Count, as well as the acts listed below:

    a.    On or about March 27, 2024, **BENJAMIN THOMAS** possessed a stolen United States Treasury check in the amount of $246,212.42.

    b.    On or about July 12, 2024, **ROBERT JOHN ROBBINS** deposited a cashier's check in the amount of $12,000 at a Wells Fargo Bank branch in Houston, Texas.

    c.    On or about July 13, 2024, $7,100 was withdrawn from an account at a Wells Fargo Bank branch in Houston, Texas.

    d.    On or about July 15, 2024, a check in the amount of $27,587.13 was deposited at a Wells Fargo Bank branch in Houston, Texas.

    e.    On or about July 16, 2024, cash withdrawals were made from Wells Fargo Bank ATMs in the amounts of $7,200, 8,100, $500 and $900, respectively.

    f.    On or about August 15, 2024, **BENJAMIN THOMAS** failed to appear for service of prison sentence as ordered by the Court.

    g.    On or about November 15, 2024, **SAVANNAH MARIE SHULTS** used the personal identification information (PII) of Victim M.F. to open an account at First Community Credit Union.

    h.    On or about November 28, 2024, **BENJAMIN THOMAS** was arrested and found to be in possession of two Woodforest Bank debit cards in the name of Victim M.F.

    i.    On or about November 28, 2024, **BENJAMIN THOMAS** possessed the image of a United States Treasury check in the amount of $3,208,489.94 on his cellular telephone.

    j.    On or about April 18, 2025, **ROBERT JOHN ROBBINS** impersonated Victim W.M. at a Vantage West Credit Union branch in Maricopa County, Arizona and fraudulently withdrew $28,823 from W.M.'s account.

k.      On or about April 21, 2025, **ROBERT JOHN ROBBINS** impersonated Victim J.E. at a MidFirst Bank branch in Maricopa County, Arizona and fraudulently withdrew $44,326 from J.E.'s account.

l.      On or about April 22, 2025, **ROBERT JOHN ROBBINS** impersonated Victim J.E. at a MidFirst Bank branch in Maricopa County, Arizona and attempted to fraudulently withdraw $33,142 from J.E.'s account.

In violation of Title 18, United States Code, Section 1349.

## COUNTS 2-4
### (Bank Fraud - 18 U.S.C. § 1344)

**A.    INTRODUCTION**

1.      The allegations in paragraphs 1-8 of the Introduction of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

**B.    THE SCHEME AND ARTIFICE TO DEFRAUD**

2.      Beginning on or about March 27, 2024, and continuing through at least April 22, 2025, in the Houston Division of the Southern District of Texas, and elsewhere,

**BENJAMIN THOMAS,
ROBERT JOHN ROBBINS, and
SAVANNAH MARIE SHULTS,**

Defendants herein, aiding and abetting each other and aided and abetted by others, did knowingly execute and attempt to execute a scheme and artifice to defraud Wells Fargo Bank, Bank of America, Woodforest Bank, First Community Credit Union, MidFirst Bank and Vantage West Credit Union, financial institutions the accounts of which were insured by the FDIC and the NCUSIF, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and

5

promises as further set forth in the counts below.

C. **THE MANNER AND MEANS OF THE SCHEME**

3. Among the manner and means by which the defendants sought to accomplish and did accomplish the purpose of the scheme to defraud are the acts set forth in paragraphs 3 through 8 of Count One of this Indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

D. **EXECUTION OF THE SCHEME AND ARTIFICE**

4. The Defendants executed and attempted to execute the scheme and artifice set forth above by knowingly and fraudulently aiding and abetting the transactions described below:

| COUNT | DATE | INSTITUTION OF DEPOSIT | LOCATION | VICTIM | TOTAL AMOUNT |
|---|---|---|---|---|---|
| **TWO** | July 12, 2024 | Wells Fargo Bank | Austin, Texas | R.L. | $20,200 |
| **THREE** | July 15, 2024 | Wells Fargo Bank | College Station, TX | K.S. | $27,587.13 |
| **FOUR** | November 20, 2024 | Woodforest Bank | Houston, Texas | M.F. | $525,000 |

In violation of Title 18, United States Code, Sections 1344 and 2.

**COUNTS 5-7**
(Aggravated Identity Theft- 18 U.S.C. § 1028A)

From on or about March 27, 2024, until on or about November 28, 2024, in the Houston Division of Southern District of Texas and elsewhere,

**BENJAMIN THOMAS,**
**ROBERT JOHN ROBBINS, and**
**SAVANNAH MARIE SHULTS,**

Defendants herein, did knowingly transfer, possess, and use, without lawful authority, a means of

identification of another, that is, the name, date of birth and bank account numbers of real persons, during and in relation to a violation of Title 18, United States Code, Section 1344 (Bank Fraud), as described below:

| COUNT | DATE | BANK | LOCATION | VICTIM |
|---|---|---|---|---|
| **FIVE** | July 12, 2024 | Wells Fargo Bank | Austin, Texas | R.L. |
| **SIX** | July 15, 2024 | Wells Fargo Bank | College Station, Texas | K.S. |
| **SEVEN** | November 20, 2024 | Woodforest Bank | Houston, Texas | M.F. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 8
### (Failure to Surrender for Service of Sentence- 18 U.S.C. § 3146)

On or about August 15, 2024, in the Houston Division of Southern District of Texas and elsewhere,

**BENJAMIN THOMAS,**

Defendant herein, having been released while awaiting surrender for service of sentence after conviction in the United States District Court for the Southern District of Texas of the felony offense of conspiracy to commit bank fraud, and having been directed by the Court to surrender himself to the United States Bureau of Prisons at FCI Oakdale 1, did knowingly and willfully fail to surrender for service of sentence as ordered by the Court.

In violation of Title 18, United States Code, Section 3146.

## NOTICE OF FORFEITURE
(18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), & 982(a)(2); 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 982 (a)(2)(A), the United States gives notice to the defendant,

**BENJAMIN THOMAS,
ROBERT ROBBINS, and
SAVANNAH MARIE SHULTS,**

that in the event of conviction of the offenses charged in Counts 1 through 7 of this Indictment, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to defendants

**BENJAMIN THOMAS,
ROBERT JOHN ROBBINS, and
SAVANNAH MARIE SHULTS,**

that in the event of conviction of the offenses charged in Counts 1-7 of this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants up to the value of the property subject to forfeiture.

TRUE BILL

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney